TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
SARAH E. SPIELBERGER (Cal. Bar No. 311175)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3358
     Facsimile: (213) 894-6269
     E-mail:    sarah.spielberger@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ONE 2014 FREIGHTLINER TRUCK MODEL CASCADIA, ONE 2014 INTERNATIONAL PROSTAR TRUCK, AND ONE 2012 INTERNATIONAL TRUCKS TRANSSTAR SEMI TRUCK,<br><br>       Defendants. | Case No. 2:26-cv-00462<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>18 U.S.C. § 545<br><br>[HSI] |

    Plaintiff United States of America ("the government") brings this claim against defendants One 2014 Freightliner Truck model Cascadia, One 2014 International ProStar Truck, and One 2012 International Trucks TransStar Semi Truck (collectively, the "Defendant Property"), and alleges as follows:

**JURISDICTION AND VENUE**

1.    Plaintiff United States of America brings this in rem forfeiture action pursuant to 18 U.S.C. § 545.

2.    This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this District pursuant to 28 U.S.C. §§ 1355 and 1395.

**PERSONS AND ENTITIES**

4.    The plaintiff is the United States of America.

5.    The Defendant Property consist of three trucks registered to Marck Anthony Gomez ("Gomez") seized on June 25, 2024, in the City of Industry, California, during the execution of federal search warrants.  More specifically, the Defendant Property consists of:

        a.    the defendant One 2014 Freightliner Truck model Cascadia bearing California license plate "FANNUM" with vehicle identification number 3AKJGLD51ESFK4321;

        b.    the defendant One 2014 International ProStar Truck bearing California license plate "9G70806" with vehicle identification number 3HSDJSNR8EN033349; and

        c.    the defendant One 2012 International TransStar Truck bearing California license plate "FANNUM1" with vehicle identification number 1HSHXSJR2CJ624475.

6.    The Defendant Property is in the custody of the United States Marshals Service in this district, where it shall remain subject to this Court's jurisdiction during the pendency of this action.

7.    Gomez's interests may be adversely affected by these proceedings.

# BASIS FOR FORFEITURE

*Background of Investigation and Seizure of the Defendant Property*

8.    Beginning on an unknown date, but no later than August 15, 2023, and continuing until at least on or about June 25, 2024, Gomez and his co-conspirators knowingly conspired and agreed with each other to smuggle goods into the United States, in violation of 18 U.S.C. § 545; and without authority, willfully remove customs seals placed upon vessels, vehicles, and packages containing merchandise in customs custody, in violation of 18 U.S.C. § 549.

9.    Gomez helped coordinate the transportation of shipping containers containing contraband from China, including counterfeit goods, from the Port of Los Angeles and Long Beach (the "Ports") to warehouses controlled by the co-conspirators.  Gomez was the owner and operator of Fannum Trucks LLC, a company which coordinated the movement of shipping containers from the Port of Los Angeles, including large shipments of contraband the co-conspirators smuggled into the United States from China.

10.    Gomez's role in the conspiracy was to coordinate the transportation of cargo containers using trucks, including the Defendant Property, from the Ports to warehouses controlled by the co-conspirators.  The contraband cargo containers were targeted for inspection by United States Customs and Border Protection ("CBP"), but instead of bringing these contraband cargo containers to the approved CBP inspection facility, Gomez would transport, or direct the transport, of the cargo containers from the Ports to off-site warehouses, which the co-conspirators controlled.  At the warehouses, Gomez's co-conspirators willfully broke the customs seals securing the containers, unloaded the cargo from the containers, and knowingly

imported the cargo into the United States contrary to law, without the cargo passing through CBP inspection.  Gomez and his co-conspirators knew that the importation of the merchandise into the United States was contrary to law.  Following the emptying of the cargo containers, other co-conspirators reloaded the cargo containers with "filler" cargo and affixed a counterfeit seal to conceal that the cargo had been removed.  Gomez and other co-conspirators then transported the containers using trucks, including the Defendant Property, back to locations authorized by CBP for inspection.

11.  Gomez willfully participated in this conspiracy by arranging for the transportation of the cargo containers, or driving the cargo containers himself, from the Ports to the co-conspirators' warehouses knowing and intending that their seals would be unlawfully broken and that the cargo inside the container was illegally brought into the United States.  Gomez also understood that the cargo containers were still in CBP custody when he transported -- and directed other co-conspirators to transport -- the containers to the off-site warehouses.

12.  In exchange for his transportation of the contraband shipping containers, Gomez received payments that were substantially above normal trucking fees.

13.  Gomez joined the conspiracy knowing its purpose was to circumvent CBP's inspection process and willfully break the seals from the targeted cargo containers and took several actions to further the conspiracy. Gomez also joined the conspiracy knowing its purpose was to knowingly import merchandise into the United States from China contrary to law; and Gomez and his co-conspirators knew that the importation or bringing of the merchandise into the United

3

States was contrary to law. Gomez intended to help accomplish these purposes.

14. On June 25, 2024, during the execution of federal search warrants for the Defendant Property, law enforcement searched and seized the Defendant Property.

*Gomez was Convicted of Conspiracy to Break Customs Seals and Smuggle*

15. On December 20, 2024, in case number 2:24-CR-761-PA, a grand jury charged Gomez via indictment with conspiracy to break customs seals and smuggle in violation of 18 U.S.C. § 371 (count one); breaking customs seals in violation of 18 U.S.C. § 549 (counts seven and eight); and smuggling in violation of 18 U.S.C. § 545 (counts 14 and 15).

16. On June 12, 2025, Gomez pleaded guilty to counts one, eight, and fifteen of the indictment. On September 8, 2025, the Honorable Percy Anderson of the Central District of California sentenced Gomez to 24 months' incarceration on each count of conviction, to be served concurrently.

## CLAIM FOR RELIEF

17. Based on the facts set forth above, plaintiff alleges that the Defendant Property constitutes property involved in violations of 18 U.S.C. § 545 (smuggling goods into the United States). The Defendant Property is therefore subject to forfeiture pursuant to 18 U.S.C. § 545.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the Defendant Property;

4

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)  that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: January 15, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery
Section


*/s/ Sarah E. Spielberger*
SARAH E. SPIELBERGER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

VERIFICATION

I, Han K Yit, hereby declare that:

1.    I am a Task Force Officer assigned to Homeland Security Investigations.

2.    I have read the above Verified Complaint for Forfeiture and know the contents thereof.

3.    The information contained in the Complaint is either known to me personally, was furnished to me by official government sources, or was obtained pursuant to subpoena.  I am informed and believe that the allegations set out in the Complaint are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2026, at ___12:58 PM.___ .

_____
Han K Yit
Task Force Officer, Homeland
Security Investigations

6